1  Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
3  980 9th Street, Suite 380
Sacramento, California 95814
4  Telephone:    916.446.5297
Facsimile:     916.448.5047
5
Attorneys for Plaintiff OSCAR CARTER II
6

7

8                   UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | OSCAR CARTER II, | Case No. 1:13-CV-00774-BAM and the following action numbers: |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | 1:13-CV-00775-BAM<br>1:13-CV-00778-BAM<br>1:13-CV-00783-BAM |
| 14 | COUNTY OF FRESNO, | 1:13-CV-00784-BAM<br>1:13-CV-00790-BAM |
| 15 | Defendant. | 1:13-CV-00795-BAM<br>1:13-CV-00797-BAM |
| 16 | | 1:13-CV-00829-BAM<br>1:13-CV-00902-BAM |
| 17 | | 1:13-CV-00972-BAM<br>1:13-CV-00973-BAM |
| 18 | | 1:13-CV-00989-BAM<br>1:13-CV-01001-BAM |
| 19 | | 1:13-CV-01003-BAM<br>1:13-CV-01004-BAM |
| 20 | | 1:13-CV-01006-BAM<br>1:13-CV-01007-BAM |
| 21 | | 1:13-CV-01009-BAM |
| 22 | | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DETERMINE THE** |
| 23 | | **PRECLUSIVE EFFECT OF JUDGE WANGER'S MEMORANDUM DECISION RE: MOTIONS FOR** |
| 24 | | **SUMMARY JUDGMENT** |
| 25 | | Judge:    Hon. Barbara A. McAuliffe |
| 26 | | Date:     April 10, 2015<br>Time:     9:00 a.m.<br>Crtrm.:    8 |
| 27 | | |

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

1        THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

2        1.      That the attorneys at Carroll, Burdick & McDonough LLP who have been handling

3   the matters listed on the caption are leaving that firm effective April 5, 2015 to join the new firm

4   Messing Adam & Jasmine LLP, who will be substituting in as counsel of record for the Plaintiffs

5   in the 18 actions listed in the caption;

6        2.      That obtaining and filing the substitutions of counsel will not be accomplished by

7   April 10, 2015, the date for the hearing on Plaintiffs' Motions to Determine the Preclusive Effect

8   of Judge Wanger's Memorandum Decision Re: Motions for Summary Judgment; and

9        THEREFORE, THE PARTIES HEREBY STIPULATE that the hearing on these Motions

10  be continued from April 10, 2015 at 9:00 a.m. to May 1, 2015 at 2:00 p.m. in Courtroom 8 before

11  Magistrate Judge Barbara A. McAuliffe.

12

13  DATED: April 3, 2015                    Respectfully submitted,

14                                          CARROLL, BURDICK & McDONOUGH LLP
                                            Attorneys at Law
15

16
                                            By:
17                                              /s/ James W. Henderson, Jr.
                                                James W. Henderson, Jr.
18                                              Attorneys for Plaintiffs

19
    DATED: April 3, 2015                    Respectfully submitted,
20
                                            MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
21                                          CARRUTH LLP

22

23
                                            By:
24                                              /s/ Michael G. Woods
                                                Michael G. Woods
25                                              Attorneys for Defendant

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA204023-1                                      -2-                        Case No. 1:13-CV-00774-BAM

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON MOTION TO DETERMINE

1

**ORDER**

2     Based on the Stipulation of the parties hereto and good cause appearing therefore,

3     IT IS SO ORDERED that the hearing on the Motions to Determine the Preclusive Effect of

4  Judge Wanger's Memorandum Decision Re: Motions for Summary Judgement for the cases

5  identified in the caption above are hereby ordered continued from April 10, 2015 at 9:00 a.m. to

6  May 1, 2015 at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

7

8  Dated**:   April 6, 2015**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA204023-1                        -3-                    Case No. 1:13-CV-00774-BAM

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON MOTION TO DETERMINE