1  Gary M. Messing, Bar No. 075363
   James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  980 9th Street, Suite 380
   Sacramento, California 95814
4  Telephone:   916.446.5297
   Facsimile:   916.448.5047
5
   Attorneys for Plaintiff MANUEL FLORES
6

7

8                       UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | MANUEL FLORES,                          | Case No. 1:13-CV-00902-BAM                        |
   |                                         |                                                    |
12 |          Plaintiff,                     | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
   |                                         |                                                    |
13 |     v.                                  |                                                    |
   |                                         |                                                    |
14 | COUNTY OF FRESNO,                       |                                                    |
   |                                         |                                                    |
15 |          Defendant.                     |                                                    |

16

17        NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff

18 MANUEL FLORES substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing

19 Adam & Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No.

20 071170, c/o Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as

21 follows:

22                           Messing Adam & Jasmine LLP

23                            980 9th Street, Suite 380

24                              Sacramento, CA 95814

25             Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

26                          Email: jhenderson@majlabor.com

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW                                               Case No. 1:13-CV-00902-BAM
SACRAMENTO
                        CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.

2                                            /s/ Manuel Flores

3  Date: 6/9/15                              Manuel Flores

4

5  I consent to being substituted.           **CARROLL, BURDICK & MCDONOUGH LLP**

6                                            /s/ David Godwin

7  Date: 6/15/15                             David Godwin

8

9  I consent to the above substitution.      **MESSING ADAM & JASMINE LLP**

10                                           /s/ James W. Henderson, Jr.

11 Date:4/17/2015                            James W. Henderson, Jr.

12

13

14                              ORDER

15      The substitution of attorney is hereby approved.

16

17 IT IS SO ORDERED.

18 Dated**:   June 16, 2015**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE